UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORTON & BASSETT, LLC,

    Plaintiff,

v.

ORGANIC SPICES, INC.,

    Defendant.

Case No. 15-cv-01849-HSG

**SCHEDULING ORDER**

    A case management conference was held on November 17, 2015. The Court set the following deadlines:

| Litigation Event | Court Deadline |
|---|---|
| Fact Discovery Cutoff | April 18, 2016 |
| Initial Designation of Expert Reports | May 2, 2016 |
| Rebuttal Expert Reports | May 16, 2016 |
| Expert Discovery Cutoff | May 30, 2016 |
| Dispositive Motion Hearing Deadline | July 21, 2016 at 2:00 p.m. |
| Pretrial Conference | October 25, 2016 at 3:00 p.m. |
| Jury Trial | November 7, 2016 at 8:30 a.m. 7 court days |

    The parties are further directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

    **IT IS SO ORDERED.**

Dated: 11/17/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge