MEYLAN DAVITT JAIN AREVIAN & KIM LLP
ROBERT L. MEYLAN (State Bar No. 144031)
rmeylan@mdjalaw.com
SHAUNT T. AREVIAN (State Bar No. 237698)
sarevian@mdjalaw.com
444 South Flower Street, Suite 1850
Los Angeles, California 90071
Telephone:  (213) 225-6000 / Facsimile:   (213) 225-6660

HOLMES WEINBERG, P.C.
STEVEN M. WEINBERG (State Bar No. 235581)
smweinberg@holmesweinberg.com
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Telephone: (310) 457-6100 / Facsimile:  (310) 457-9555

Attorneys for Plaintiff and Counter-Defendant
Morton & Bassett, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTON & BASSETT, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>ORGANIC SPICES, INC., a California Corporation,<br><br>        Defendants. | CASE NO. 3:15-cv-01849-HSG<br><br>**ORDER GRANTING JOINT STIPULATION FOR LEAVE TO AMEND THE COMPLAINT UNDER FRCP 15(a)(2)**<br><br>The Hon. Haywood S. Gilliam, Jr.<br>Action Filed: April 24, 2015 |
| ORGANIC SPICES, INC., a California Corporation,<br><br>        Counterclaimant,<br><br>v.<br><br>MORTON & BASSETT, LLC, a California limited liability company,<br><br>        Counterclaim-Defendants. | |

1  Having reviewed the parties' Joint Stipulation Re: Leave to File First Amended
2  Complaint and good cause appearing therefore,

3  **IT IS HEREBY ORDERED.**  The parties' stipulation is granted.  The Court hereby
4  orders Plaintiff Morton & Bassett to e-file the First Amended Complaint, attached as Exhibit A
5  to the Joint Stipulation, on the docket.  Defendant Organic Spices, Inc.'s time to file a
6  responsive pleading to the First Amended Complaint shall be extended by ten days.

7
8  DATED:  December 21, 2015
9                                                            _____
10                                                           Honorable Haywood S. Gilliam, Jr.
                                                             United States District Judge