| | |
|---|---|
| ROBERT P. ANDRIS  (SBN: 130290) | MEYLAN DAVITT JAIN |
| randris@gordonrees.com | AREVIAN & KIM LLP |
| MICHAEL D. KANACH  (SBN: 271215) | ROBERT L. MEYLAN (SBN 144031) |
| mkanach@gordonrees.com | rmeylan@mdjalaw.com |
| GORDON & REES LLP | SHAUNT T. AREVIAN (SBN 237698) |
| 275 Battery Street, Suite 2000 | sarevian@mdjalaw.com |
| San Francisco, CA 94111 | 444 South Flower Street, Suite 1850 |
| Telephone:  (415) 986-5900 | Los Angeles, California 90071 |
| Facsimile:  (415) 986-8054 | Telephone:  (213) 225-6000 |
| | Facsimile:   (213) 225-6660 |
| THOMAS E. MOORE, III  (SBN 115107) | |
| tmoore@rroyselaw.com | HOLMES WEINBERG, P.C. |
| ROYSE LAW FIRM, PC | STEVEN M. WEINBERG (SBN 235581) |
| 1717 Embarcadero Road | smweinberg@holmesweinberg.com |
| Palo Alto, CA 94303 | 30765 Pacific Coast Highway, Suite 411 |
| Office:  650-813-9700 | Malibu, California 90265 |
| Fax: 650-813-9777 | Telephone: (310) 457-6100 |
| | Facsimile:  (310) 457-9555 |
| Attorneys for | |
| Defendant and Counterclaimant, | Attorneys for Plaintiff, |
| ORGANIC SPICES, INC. | Morton & Bassett, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTON & BASSETT, LLC, a California limited liability company, | CASE NO.  3:15-cv-01849-HSG |
| Plaintiff, | **PARTIES' JOINT STIPULATION TO MODIFY THE SCHEDULE: (1) MOTION TO DISMISS HEARING, AND (2) COMPLETION OF FACT DISCOVERY DEADLINE, AND ORDER** |
| v. | |
| ORGANIC SPICES, INC., a California Corporation, | |
| Defendants. | |
| ORGANIC SPICES, INC., a California Corporation, | |
| Counterclaimant, | |
| v. | |
| MORTON & BASSETT, LLC, a California limited liability company, | |
| Counterclaim-Defendants. | Action Filed:  April 24, 2015<br>Trial Date:    November 7, 2016 |

-1-

PARTIES' JOINT STIPULATION TO MODIFY DATES                                Case No. 3:15-cv-01849-HSG

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 6-1(b) and 6-2 of the Civil Local Rules (Civil L.R.), Plaintiff and Counter-Defendant MORTON & BASSETT, LLC ("Morton") and ("Defendant and Counterclaimant ORGANIC SPICES, INC. ("Defendant" or "Organic Spices") (hereinafter collectively "Parties"), stipulate and seek an order from the Court as follows:

WHEREAS, the Parties stipulate – subject to Court approval – to two slight modifications to the schedule, specifically, (1) to reschedule the Motion to Dismiss hearing to occur seven days later, and (2) to reschedule the deadline for completion of fact discovery to occur four days, as set forth below:

**Request to Move Motion to Dismiss Hearing Date to April 21, 2016 (one week):**

WHEREAS, Defendant filed a Motion to Dismiss the First Amended Complaint or Alternatively Motion to Strike, and set the hearing for April 14, 2016 (ECF 40);

WHEREAS, Defendant's lead counsel is traveling on April 14, and the Parties are completing discovery and scheduling depositions throughout the month of April;

WHEREAS, the Parties stipulate for the convenience of the Parties to move the hearing one week, from April 14, 2016, to Thursday, April 21, 2016;

WHEREAS, the Court does not require the Parties to reserve a hearing date;

WHEREAS, according to Hon. Gilliam's scheduling calendar, the Court's calendar appears to currently have three (3) scheduled hearings on April 21, 2016 (not including this hearing); and appears to currently have five (5) scheduled hearings on April 14, 2016 (including this hearing);[1]

WHEREAS, this request is made no later than fourteen (14) days prior to the hearing date, pursuant to L.R. 6-1(b);

**Request to Move Close of Discovery to April 22, 2016 (4 days):**

WHEREAS, the deadline for completion of fact discovery is currently set for Monday, April 18, 2016 (ECF 33);

WHEREAS, the Parties stipulate to move the deadline for the completion of fact

---

[1] Calendar for Judge Haywood S. Gilliam Jr.: http://12.130.78.145/CEO/cfd.aspx?7151

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  discovery for four days to Friday, April 22, 2016;

2      WHEREAS, Plaintiff's counsel – located in Los Angeles – intends to be in the San

3  Francisco area for depositions and the hearing on the Motion to Dismiss at least several days

4  during the week of April 18-22, 2016;

5      WHEREAS, this request is made no later than fourteen (14) days prior to the hearing

6  date, pursuant to L.R. 6-1(b);

7      WHEREAS, the only previous time modifications in this case related to the extension of

8  time for two weeks to complete the Early Neutral Evaluation Conference (ECF 26), and a ten-

9  day extension of time for the filing of the motion to dismiss (ECF 38).

10      WHEREAS, the Parties do not believe that either of these modifications will have any

11  adverse impact on the Court's calendar.

12

13  Dated: March 30, 2016                        GORDON & REES LLP

14                                              By:   */s/ Robert P. Andris*
                                                   Robert P. Andris  (SBN: 130290)

15                                                     Michael D. Kanach  (SBN: 271215)
                                                   Attorneys for Defendant,

16                                                     ORGANIC SPICES, INC.

17  Dated: March 30, 2016                        MEYLAN DAVITT JAIN
                                                   AREVIAN & KIM LLP

18                                                     By:   */s/ Robert L. Meylan*

19                                                     Robert L. Meylan, Esq.
                                                   Shaunt T. Arevian, Esq.

20                                                     Attorneys for Plaintiff
                                                   and Counter-Defendant,

21                                                     MORTON & BASSETT, LLC

22

23

24

25

26

27

28

PARTIES' JOINT STIPULATION TO MODIFY DATES                Case No. 3:15-cv-01849-HSG

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

**ORDER**

Having reviewed the Parties' Joint Stipulation to Modify the Schedule, and good cause appearing therefore, IT IS HEREBY ORDERED. The parties' stipulation is granted. The hearing for Defendant's Motion to Dismiss the First Amended Complaint will take place on April 21, 2016. The new deadline for the completion of fact discovery will be April 22, 2016.

Dated:  March 3, 2016

Honorable Haywood S. Gilliam, Jr.
United States District Judge