MEYLAN DAVITT JAIN AREVIAN & KIM LLP
ROBERT L. MEYLAN (State Bar No. 144031)
rmeylan@mdjalaw.com
SHAUNT T. AREVIAN (State Bar No. 237698)
sarevian@mdjalaw.com
444 South Flower Street, Suite 1850
Los Angeles, California 90071
Telephone:  (213) 225-6000 / Facsimile:   (213) 225-6660

HOLMES WEINBERG, P.C.
STEVEN M. WEINBERG (State Bar No. 235581)
smweinberg@holmesweinberg.com
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Telephone: (310) 457-6100 / Facsimile:  (310) 457-9555

Attorneys for Plaintiff and Counter-Defendant
Morton & Bassett, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTON & BASSETT, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>ORGANIC SPICES, INC., a California Corporation,<br><br>        Defendants.<br>_____<br>ORGANIC SPICES, INC., a California Corporation,<br><br>        Counterclaimant,<br><br>v.<br><br>MORTON & BASSETT, LLC, a California limited liability company,<br><br>        Counterclaim-Defendants. | CASE NO. 3:15-cv-01849-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND BY TWO WEEKS: (1) THE DEADLINE FOR COMPLETION OF FACT DISCOVERY, AND (2) THE DEADLINES RELATED TO EXPERT WITNESS DISCOVERY**<br><br>The Hon. Haywood S. Gilliam, Jr.<br>Action Filed: April 24, 2015<br>Trial Date:   November 7, 2016 |

# ORDER

Having reviewed the Parties' Joint Stipulation to Extend by Two Weeks: (1) The Deadline To Complete Fact Discovery; and (2) the Deadlines Related To Expert Discovery, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

The parties' stipulation is granted.

1. The deadline to complete factual discovery is extended from April 22, 2016 until May 6, 2016;
2. The deadline to serve Initial Expert Reports is extended from May 2, 2016 until May 16, 2016;
3. The deadline to serve rebuttal expert reports is extended from May 16, 2016 until May 30, 2016; and
4. The deadline to complete expert discovery is extended from May 30, 2016 until June 13, 2016.

Dated: April 12, 2016

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge