UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTON & BASSETT, LLC, | Case No.15-cv-01849-HSG |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| ORGANIC SPICES, INC., | Re: Dkt. No. 59 |
| Defendant. | |

Having reviewed the parties' proposed schedule, the Court DENIES the stipulated proposal, Dkt. No. 59, and sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Second Amended Complaint Filing Deadline | October 6, 2016 |
| Dispositive Motion Filing Deadline | October 28, 2016 |
| Dispositive Motion Opposition Filing Deadline | November 18, 2016 |
| Dispositive Motion Reply Filing Deadline | November 28, 2016 |
| Dispositive Motion Hearing Deadline | December 8, 2016 at 2:00 p.m. |
| Pretrial Conference | March 14, 2017 at 3:00 p.m. |
| Jury Trial | March 27, 2017 at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated:  9/27/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge