UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTON & BASSETT, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ORGANIC SPICES, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-01849-HSG<br><br>**ORDER STRIKING DEFENDANT AND COUNTERCLAIMANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 52 to 52-23 |

On March 10, 2016, Defendant and Counterclaimant Organic Spices, Inc. dba Spicely Organic ("Organic Spices") filed a motion to dismiss, or alternatively to strike, the first amended complaint ("FAC") of Plaintiff and Counter-Defendant Morton & Bassett, LP ("M&B").[1]  Dkt. No. 40.  On June 16, 2016, Organic Spices filed a motion for summary judgment on M&B's FAC. Dkt. No. 51.  On June 17, 2016, Organic Spices filed an administrative motion to file under seal its motion for summary judgment on M&B's FAC, along with a related declaration and exhibits. Dkt. Nos. 52 to 52-23.  On June 20, 2016, the Court held Organic Spices' motion for summary judgment in abeyance pending the Court's order on Organic Spices' motion to dismiss or alternatively to strike M&B's FAC.  Dkt. No. 54.  On September 6, 2016, the Court granted in part and denied in part Organic Spices' motion to dismiss, and denied Organic Spices' motion to strike. Dkt. No. 55.  On October 6, 2016, M&B filed its second amended complaint ("SAC").  Dkt. No. 62.  On October 28, 2016, Organic Spices filed a motion for summary judgment on M&B's SAC. Dkt. No. 66.

Organic Spices motion for summary judgment on M&B's FAC is now moot.  Therefore, the Court hereby **STRIKES** Organic Spices' administrative motion to file under seal its motion

---

[1] Morton & Bassett, LP was earlier referred to in this case as Morton & Bassett, LLC.

for summary judgment on M&B's FAC, along with the related declaration and exhibits. Dkt. Nos. 52 to 52-23.

**IT IS SO ORDERED.**

Dated: 11/21/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge