| | |
|---|---|
| ROBERT P. ANDRIS (SBN 130290) | MEYLAN DAVITT JAIN |
| randris@gordonrees.com | AREVIAN & KIM LLP |
| MICHAEL D. KANACH (SBN 271215) | ROBERT L. MEYLAN (SBN 144031) |
| mkanach@gordonrees.com | rmeylan@mdjalaw.com |
| GORDON & REES LLP | SHAUNT T. AREVIAN (SBN 237698) |
| 275 Battery Street, Suite 2000 | sarevian@mdjalaw.com |
| San Francisco, CA 94111 | 444 South Flower Street, Suite 1850 |
| Telephone: (415) 986-5900 | Los Angeles, California 90071 |
| Facsimile: (415) 986-8054 | Telephone: (213) 225-6000 |
| | Facsimile: (213) 225-6660 |
| THOMAS E. MOORE, III (SBN 115107) | |
| tmoore@rroyselaw.com | HOLMES WEINBERG, P.C. |
| ROYSE LAW FIRM, PC | STEVEN M. WEINBERG (SBN 235581) |
| 1717 Embarcadero Road | smweinberg@holmesweinberg.com |
| Palo Alto, CA 94303 | 30765 Pacific Coast Highway, Suite 411 |
| Telephone (650) 813-9700 | Malibu, California 90265 |
| Facsimile: (650) 813-9777 | Telephone: (310) 457-6100 |
| | Facsimile: (310) 457-9555 |
| Attorneys for | |
| Defendant and Counterclaimant, | Attorneys for Plaintiff, |
| ORGANIC SPICES, INC. | MORTON & BASSETT, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MORTON & BASSETT, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>ORGANIC SPICES, INC., a California Corporation,<br><br>    Defendant.<br>_____<br>ORGANIC SPICES, INC., a California Corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>MORTON & BASSETT, LLC, a California limited liability company,<br><br>    Counterclaim-Defendant. | **CASE NO. 3:15-cv-01849-HSG**<br><br>**PARTIES' JOINT STIPULATION REGARDING A REVISED HEARING SCHEDULE; AND ORDER**<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: April 24, 2015<br>Current Hearing Date: December 8, 2016<br>Proposed Hearing Date: December 15, 2016<br>Trial Date:       March 13, 2017 |

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 3 | PLEASE TAKE NOTICE that, pursuant to Rules 6-1(b) and 6-2 of the Civil Local Rules (Civil |
| 4 | L.R.), Plaintiff and Counter-Defendant Morton & Bassett, LLC ( "M&B") and Defendant and |
| 5 | Counterclaimant Organic Spices, Inc. ( "Organic Spices") (hereinafter collectively "Parties"), stipulate |
| 6 | and seek an order from the Court as follows: |
| 7 | WHEREAS, the Parties stipulate – subject to Court approval and availability – to one |
| 8 | modification to the schedule, specifically **to reschedule the hearing date for Organic Spices'** |
| 9 | **Motion for Summary Judgment, or in the Alternative Motion for Summary Adjudication** |
| 10 | **("Motion for Summary Judgment"),** from <u>December 8, 2016, to December 15, 2016,</u> because |
| 11 | **Organic Spices' counsel was recently assigned a trial date in another matter that conflicts with** |
| 12 | **the hearing date as scheduled**, as set forth below: |
| 13 | WHEREAS, pursuant to the Court Order, the hearing date for Organic Spices' Motion for |
| 14 | Summary Judgment is **currently scheduled for December 8, 2016**; |
| 15 | WHEREAS, there is good cause, and an unfortunate and unavoidable reason, for the Parties' |
| 16 | stipulated request to modify the Court's Scheduling Order; |
| 17 | WHEREAS, until November 18, 2016, the Parties had no conflicts for December 8, 2016; |
| 18 | WHEREAS, on Friday, November 18, 2016, counsel for Organic Spices attended a docketing |
| 19 | call (in another matter, for another client) in the Western District of Texas (Austin) and was informed |
| 20 | by the Honorable Sam Sparks that their trial in that matter was going to begin on Monday, December |
| 21 | 5, 2016, which would conflict with the hearing scheduled in this matter; |
| 22 | WHEREAS, the trial date was previously scheduled generally for December 2016, and could |
| 23 | have been scheduled over a three-week span, and did not necessarily conflict with the hearing date in |
| 24 | this matter until notice was provided on November 18; |
| 25 | WHEREAS, counsel for Organic Spices anticipates that it is more likely than not that the 2-4 |
| 26 | day trial and travel will preclude counsel's – namely, both Robert Andris and Michael Kanach's – |
| 27 | ability to attend and argue Organic Spices' Motion for Summary Judgment the same week, on |
| 28 | Thursday, December 8, 2016, in San Francisco, CA. Unfortunately, counsel cannot be two places at |

the same time;

WHEREAS, the following Monday, November 21, 2016, counsel for Organic Spices contacted counsel for M&B to discuss the conflict and discuss amicable resolutions to Organic Spices' counsel's unforeseen scheduling concern;

WHEREAS, the Parties contacted the Court clerk on November 22, 2016, to discuss options for alternative dates and the Court's impacted schedule;

WHEREAS, December 15, 2016, is the next Thursday and both Parties are available;

WHEREAS, the Parties waited until December 1 to file this stipulated request because it was the first instance when counsel for Organic Spices could confirm (a) that their other matter was not going to settle prior to trial, and (b) the Parties' availability for a hearing on December 15, 2016[1];

WHEREAS, regarding previous extensions, the Parties have previously worked together to resolve scheduling disputes or concerns and propose reasonable schedules for the Court;

WHEREAS, the Parties have complied with the other dates in the Scheduling Order, dated September 27, 2016 (ECF 61), namely M&B filing a second amended complaint, Organic Spices filing a dispositive motion and the Parties filing their respective opposition and reply brief and related administrative motions;

WHEREAS, pursuant to Court Order the following dates remain on the Scheduling Order:

| Litigation Event | [Proposed] Court Deadline |
|---|---|
| Dispositive Motion Hearing Date | December 8, 2016 at 2:00 p.m. |
| Pretrial Conference | February 28, 2017 at 3:00 p.m. |
| Jury Selection and Trial | March 13, 2017 at 8:30 a.m. (7 court days) |

WHEREAS, December 15, 2016, is the next Thursday on the calendar;

WHEREAS, the Parties do not believe that any further modifications of the Court's Scheduling Order will be necessary, should the Court be able to hear the motion on December 15, 2016.

---

[1] The Parties waited to file this Stipulation until December 1, because – until that time – counsel for Organic Spices was unavailable on the December 15, 2016 date. Until the evening of November 30, 2016, counsel for Organic Spices had a scheduling conflict on December 15, 2016, a hearing on a motion for summary judgment in another matter (a separate matter, for a different client). On November 30, counsel for Organic Spices resolved that matter, and thus the December 15, 2016 date became available. The Parties met and conferred at their earliest opportunity, the following day, on December 1, 2016, and prepared this Stipulation proposing a December 15, 2016 hearing date.

1  Specifically, the Parties believe that a hearing date of December 15, 2016, would not impact the

2  remaining dates on the Scheduling Order, nor the pre-trial dates set forth in Judge Gilliam's Civil

3  Pretrial & Trial Standing Order;

4  WHEREAS, the Parties do not seek to modify the trial date;

5  WHEREAS, counsel for Organic Spices is unavailable Thursday, December 22, 2016;

6  WHEREAS, the Parties are available other Thursdays, namely December 29, 2016, or January

7  5, 12, or 19, 2017, but the Parties share a concern that a later hearing date (and later Order) might

8  interfere with the Parties' trial date and pre-trial deadlines; and

9  WHEREAS, the Parties understand the Court's calendar currently shows no other available

10 dates prior to February 2017, they seek this modification to accommodate this scheduling concern.

## STIPULATION

The Parties, by and through their respective counsel of record, hereby stipulate as follows, subject to approval by the Court:

The hearing of Organic Spices' Motion for Summary Judgment currently scheduled for December 8, 2016, is hereby rescheduled to **December 15, 2016, at 2:00 p.m**.

DATED:  December1, 2016            MEYLAN DAVITT JAIN AREVIAN & KIM LLP
                                    HOLMES WEINBERG, A.P.C.


                                    By:    */s/ Robert L. Meylan*
                                           Robert L. Meylan
                                           Shaunt T. Arevian

                                           Attorneys for Plaintiff and Counter-Defendant
                                           MORTON & BASSETT, LLC

DATED:  December 1, 2016		GORDON & REES LLP


					By:	*/s/ Michael D. Kanach*
						Robert P. Andris
						Michael D. Kanach

						Attorneys for Defendant and Counter-Claimant
						ORGANIC SPICES, INC.

-4-
**PARTIES' JOINT STIPULATION REGARDING NEW HEARING DATE**        **3:15-cv-01849-HSG**

## ATTESTATION OF SIGNATURES

I, Michael D. Kanach, counsel for Defendant and Counter-Claimant Organic Spices, Inc., attest that I obtained authority from counsel for Plaintiff Morton and Bassett, LLC, for this concurrence in the filing's content and their authorization of the filing with all signatories listed, and on whose behalf the filing is submitted.

DATED: December 1, 2016    GORDON & REES LLP

By: */s/ Michael D. Kanach*
Robert P. Andris
Michael D. Kanach

Attorneys for Defendant and Counter-Claimant
ORGANIC SPICES, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  The hearing of Organic Spices' Motion for Summary Judgment currently scheduled for December 8,
3  2016, is hereby rescheduled to **December 22, 2016, at 2:00 p.m**.

5  DATED:  December 5, 2016

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge