United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTON & BASSETT, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>ORGANIC SPICES, INC.,<br><br>   Defendant. | Case No. 15-cv-01849-HSG<br><br>**ORDER CONTINUING TRIAL AND PRETRIAL CONFERENCE**<br><br>Re: Dkt. No. 61 |

On September 27, 2016, the Court issued a scheduling order setting, *inter alia*, a pretrial conference on March 14, 2017, and a jury trial to begin on March 27, 2017. Dkt. No. 61. The Court hereby **CONTINUES** the pretrial conference to May 30, 2017, at 3:00 p.m., and the jury trial to begin on June 12, 2017, at 8:30 a.m. The Court **SETS** a deadline of February 20, 2017, for the parties to notify the Court if they are unavailable to proceed on these dates due to preexisting court or other irreconcilable conflicts. The Court will only consider different dates based on a showing that proceeding on these dates is impossible. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 2/14/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge