| | |
|---|---|
| 1 | MEYLAN DAVITT JAIN AREVIAN & KIM LLP |
| 2 | ROBERT L. MEYLAN (State Bar No. 144031) |
|   | rmeylan@mdjalaw.com |
| 3 | SHAUNT T. AREVIAN (State Bar No. 237698) |
|   | sarevian@mdjalaw.com |
| 4 | 444 South Flower Street, Suite 1850 |
| 5 | Los Angeles, California 90071 |
|   | Telephone: (213) 225-6000 / Facsimile: (213) 225-6660 |
| 6 | |
| 7 | HOLMES WEINBERG, P.C. |
| 8 | STEVEN M. WEINBERG (State Bar No. 235581) |
|   | smweinberg@holmesweinberg.com |
| 9 | 30765 Pacific Coast Highway, Suite 411 |
| 10 | Malibu, California 90265 |
|   | Telephone: (310) 457-6100 / Facsimile: (310) 457-9555 |
| 11 | |
| 12 | Attorneys for Plaintiff and Counter-Defendant |
|   | Morton & Bassett, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTON & BASSETT, LLC, a California limited liability company, | CASE NO. 4:15-cv-01849-HSG |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT MAY 23, 2017 CASE MANAGEMENT CONFERENCE** |
| ORGANIC SPICES, INC., a California Corporation, | |
| Defendants. | |
| ORGANIC SPICES, INC., a California Corporation, | The Hon. Haywood S. Gilliam, Jr. |
|   | Action Filed: April 24, 2015 |
|   | Trial Date: November 7, 2016 |
| Counterclaimant, | |
| v. | |
| MORTON & BASSETT, LLC, a California limited liability company, | |
| Counterclaim-Defendants. | |

## ORDER

Having reviewed the Plaintiff's Request to Appear Telephonically at May 23, 2017 Case Management Conference, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

Approved. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: May 19, 2017

*[signature: Haywood S. Gilliam Jr.]*
Honorable Haywood S. Gilliam, Jr.
United States District Judge