UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTON & BASSETT, LLC,<br>Plaintiff,<br>v.<br>ORGANIC SPICES, INC.,<br>Defendant. | Case No. 15-cv-01849-HSG<br><br>**CONDITIONAL ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 165 |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed with prejudice; provided, however, that unless the parties file a confirming stipulation of dismissal with prejudice by noon on Thursday, September 21, 2017, this Order will stand vacated and the case will be restored to the calendar for trial. The parties are ordered to file their stipulation of dismissal as soon as the settlement consideration has been delivered, and need not wait until September 21 if, as anticipated, the settlement consideration is delivered sooner.

Dated: September 19, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge